HONORABLE TANA LIN

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| **JORBIE KELLEY**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**SAFEWAY INC.**, a Foreign Profit Corporation, and **DOES 1-10**, inclusive,<br><br>Defendant. | CASE NO. 2:26-cv-01980-TL<br><br>**[PROPOSED] ORDER GRANTING STIPULATED MOTION TO MODIFY PUTATIVE CLASS DEFINITION** |



ACKERMANN & TILAJEF, P.C.
2602 N PROCTOR ST, STE 205
TACOMA, WA 98406
(253) 625-7720

**ORDER GRANTING STIPULATION TO MODIFY PUTATIVE CLASS DEFINITION**

This matter having come regularly before the Court on the Parties' Stipulation to Modify Putative Class Definition (the "Stipulation"), and the Court having considered the records and files herein, and finding that good cause exists to grant said Stipulation, it is now hereby

ORDERED, ADJUDGED and DECREED that the Stipulation is GRANTED as follows:

1. The putative "Class", as referenced in Plaintiff's Complaint, is now defined as: "All hourly-paid, non-exempt individuals who worked for Defendant in Washington and/or at a Safeway store operated by Defendant in Washington, excluding (1) hourly Department Managers who worked in Defendant's stores and who worked over 40 hours in any workweek, and (2) hourly, non-exempt warehouse employees who were subjected to Safeway's productivity standards through the EXE warehouse-management system, at any time from three years prior to the filing of the Complaint through the date of certification of the class by the Court".
2. Defendant Safeway Inc. ("Safeway") does not waive any of its rights or defenses, including any challenges it may have to the Complaint, the propriety of class certification, or the putative class as defined herein, by way of this Stipulation. Safeway's agreement to the modified putative class as defined herein shall not be construed as an admission that class certification is appropriate or for any other purpose.

**IT IS SO ORDERED.**

DATED: ____________ By: ____________________________

HON. TANA LIN
JUDGE OF THE DISTRICT COURT



ACKERMANN & TILAJEF, P.C.
2602 N PROCTOR ST, STE 205
TACOMA, WA 98406
(253) 625-7720